# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0597
LT Case No. 35-2023-CF-2149-A

_____

CORY MICHAEL MCQUAIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Lake County.
Brian Jerome Welke, Judge.

Cory Michael McQuain, Lawtey, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

September 16, 2025

PER CURIAM.

AFFIRMED. *See Haynes v. State*, 106 So. 3d 481 (Fla. 5th
DCA 2013).

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____